

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00478-CR

| | | |
|---|---|---|
| AARON RIOS, Appellant | § | On Appeal from the 213th District Court |
| | § | |
| | | of Tarrant County (1523569R) |
| | § | |
| | | November 19, 2020 |
| V. | § | |
| | | Memorandum Opinion by Justice |
| | § | Dauphinot |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that the trial court assessed Appellant's punishment and to delete the portion of the judgment showing that the jury assessed Appellant's punishment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot